**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

DEANGELO JACKSON,

　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 5:24-cv-00680

FCI BECKLEY WARDEN,

　　　　Respondent.

**ORDER**

Pending is Petitioner Deangelo Jackson's Emergency Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF 1], filed November 25, 2024.

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on April 22, 2026. Magistrate Judge Tinsley recommended the Court Deny Mr. Jackson's Petition as moot inasmuch as Mr. Jackson is no longer in federal custody. [ECF 10 at 1–3].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on May 11, 2026. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**ECF 10**], **DENIES AS MOOT** the Petition for a Writ of Habeas Corpus [**ECF 1**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:        May 26, 2026

Frank W. Volk
Chief United States District Judge

---

[1] On April 23, 2026, a copy of the PF&R was mailed to Mr. Jackson at Beckley Federal Correctional Institution but was returned as undeliverable on May 8, 2026. [ECF 11]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Jackson was released from custody on August 15, 2025. Inasmuch as Mr. Jackson has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ready for adjudication.